# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEW JERSEY

SANTOS ANDUJAR

Plaintiff(s)

V.

GENERAL NUTRITION CORPORATION
Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Case Number:   1:14-cv-7696 (JS)

- [X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT be entered in favor of plaintiff, SANTOS ANDUJAR, and against defendant, GENERAL NUTRITION CORPORATION, in the amount of $258,926.00, together with costs, interest and attorney's fees to be determined.

October 30, 2017

Date

HONORABLE JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE