UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1715
_____

SANTOS ANDUJAR

v.

GENERAL NUTRITION CORPORATION,

Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-14-cv-07696)
District Judge: Honorable Joel Schneider
_____

Submitted April 5, 2019
Before: CHAGARES and HARDIMAN, *Circuit Judges*, and GOLDBERG, *District Judge*.*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on April 5, 2019. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the orders of the United States District Court for the District of New Jersey entered May 26, 2017 and February 28, 2018, and judgment entered October 30, 2017, be and the same are hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

---

* The Honorable Mitchell S. Goldberg, District Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

Costs taxed against Appellant.

ATTEST:

s/Patricia S. Dodszuweit,
Clerk

Dated: April 12, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** May 6, 2019

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**