IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SANTOS ANDUJAR<br><br>               Plaintiff,<br>v.<br><br>GENERAL NUTRITION CORPORATION<br><br>               Defendant. | Civil No. 14-7696 (JS) |

**ORDER**

This matter is before the Court on plaintiff's Motion for Additional Attorney's Fees, Costs and Negative Tax Consequences [Doc. No. 113]; and the Court having received defendant's opposition [Doc. No. 118] and plaintiff's reply [Doc. No. 119]; and the Court having held oral argument on June 6, 2019; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court in its Oral Opinion read into the record; and accordingly,

It is hereby ORDERED this **7th** day of **June, 2019**, that plaintiff's motion is GRANTED in part and DENIED in part; and it is further

ORDERED as follows:

1. Plaintiff is awarded an additional $79,650.00 in attorney's fees (172.7 hours + 4.3 hours x $450.00);

2. Plaintiff is awarded an enhancement of 25% or $19,912.50;

3. Plaintiff is awarded negative tax consequences in the amount of $29,650; and it is further

1

ORDERED plaintiff's claims for additional costs and for an award of negative tax consequences on his front pay award are DENIED; and it is further

ORDERED the amounts awarded in this Order and in the Court's August 20, 2018 Order [Doc. No. 109] shall be paid to plaintiff and his attorney within thirty (30) days of entry of this Order; and it is further

ORDERED the total amounts to be paid by defendant (judgment + August 20, 2018 Order + this Order) are as follows:

```
1. Judgment -                       $258,926.00
2. Attorney's Fees -                $206,865.00
3. Enhancement (25%) -              $51,716.25
4. Costs -                          $1,823.00
5. Interest -                       $1,207.64
6. Negative Tax Consequences -      $29,650.00

                    Total =         $550,187.89
```
and it is further

ORDERED the Clerk of the Court shall open this docket for the purpose of entering this Order and then close the matter.

                                         s/ Joel Schneider  
                                         JOEL SCHNEIDER  
                                         United States Magistrate Judge