UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

**DOCUMENT ELECTRONICALLY FILED**

| | |
|---|---|
| SANTOS ANDUJAR,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL NUTRITION CORPORATION,<br><br>Defendant. | Civil Action No.<br>1:14-CV-07696-RMB-JS<br><br><br><br>**SATISFACTION OF JUDGMENT** |

Judgment was rendered in favor of the above-named Plaintiff, Santos Andujar, and against the above-named Defendant, General Nutrition Corporation, in the above-captioned action on the 7th day of June, 2019 in the total sum of $550,187.89, and the Plaintiff acknowledges payment of said judgment in full and desires to release this judgment and hereby fully and completely satisfy the same.

Date: July 11, 2019

RICHARD M. PESCATORE
*A Professional Corporation*

_____
Richard M. Pescatore
NJ Attorney ID: 021841985
1055 East Landis Avenue
Vineland, New Jersey 08360
T: 856-507-1000
F: 856-507-1500
E: rpescatore@pescatorelegal.com
*Attorney for Plaintiff*

1

**I CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 15, 2019

**RICHARD M. PESCATORE**
*A Professional Corporation*

_____
Richard M. Pescatore
NJ Attorney ID: 021841985
1055 East Landis Avenue
Vineland, New Jersey 08360
T: 856-507-1000
F: 856-507-1500
E: rpescatore@pescatorelegal.com
*Attorney for Plaintiff*